IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| WALLACE D. RUMPH, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| vs. | : | 5:04CV62 (DF) |
| | : | |
| DON JARRIEL, Warden, | : | |
| | : | |
| Respondent. | : | |

### **O R D E R**

This order hereby adopts and incorporates the Recommendation that United States Magistrate Judge Claude W. Hicks, Jr. entered in this case on May 23, 2005 (tab 15). Neither party has served or filed written objections to the Magistrate Judge's Recommendation with the Court.

Accordingly, Petitioner Rumph's § 2254 petition (tab 1) is hereby **DENIED.**

SO ORDERED, this 20th day of June, 2005.

/s/ Duross Fitzpatrick
DUROSS FITZPATRICK, JUDGE
UNITED STATES DISTRICT COURT

DF/sew